UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
CALVIN LAI CHAN and BONNIE KWOK     )
CHING CHAN,                         )
                                    )
         Plaintiffs,                )
                                    )
v.                                  )    Civil Action No.
                                    )
SAXON MORTGAGE SERVICE, INC.        )
WMC MORTGAGE LLC, WELLS             )
FARGO NATIONAL ASSOCIATION AS       )
TRUSTEE FOR BANK OF AMERICA         )
                                    )
         Defendants.                )
_____)

## NOTICE OF REMOVAL

TO:   The Honorable Judges of the United States District Court for the District of Massachusetts

Pursuant to 28 U.S.C. §§ 1441 *et seq.*, Defendants Saxon Mortgage Services, Inc. ("Saxon") and Wells Fargo National Association, as Trustee for Bank of America ("Wells Fargo") hereby remove the action captioned Calvin Lai Chan, et al. v. Saxon Mortgage Service, Inc. ESCV2009-00739-D, now pending in the Massachusetts Superior Court, Essex County, to the United States District Court for the District of Massachusetts. In so doing, Saxon and Wells Fargo state the following:

1.      The plaintiffs Calvin Lai Chan and Bonnie Kwok Ching Chan ("Chans"), originally filed this action on April 23, 2009 and then filed a First Amended Complaint July 1, 2009. Saxon was served on July 9, 2009. A copy of all papers served on Saxon and Wells Fargo are attached hereto as Exhibit A.

2. In their six-count complaint, Chans assert various statutory and common law causes of action arising out of the origination and servicing of a loan secured by a mortgage on residential property.

3. In addition to several state causes of action, Count II of the First Amended Complaint asserts a claim pursuant to 15 U.S.C. § 1600, et al. Accordingly, this Court has original subject matter jurisdiction over Count II on the basis of 28 U.S.C. § 1331.

4. This Court has supplemental jurisdiction over the remaining claims of Chans First Amended Complaint on the basis of 28 U.S.C. § 1367.

5. In addition to original jurisdiction pursuant to 28 U.S.C. § 1331, this Court also has original jurisdiction pursuant to 28 U.S.C. § 1332 as there exists diversity of citizenship and the Chans' seek to collect "in excess of $100,000." In particular, the Chans allege in the First Amended Complaint that they are residents of Massachusetts, that Saxon's principal place of business at 4708 Mercantile Drive North, Fort Worth, Texas, that WMC Mortgage, LLC's principal place of business in Woodland Hills, California and that Wells Fargo National Association as Trustee for Bank of America, NA's principal place of business at 100 North Tryon Street, Charlotte, North Carolina. Accordingly, there is complete diversity of citizenship between Chans, Saxon, WMC and Bank of America.

6. The Chants seek to collect in excess of $100,000.

7. Pursuant to 28 U.S.C. § 1446, Saxon's and Wells Fargo's notice of removal is timely as it is filed within thirty (30) days of receipt of the complaint.

8. WMC Mortgage LLC consents to the removal. Pursuant to 28 U.S.C. § 1446, a copy of this Notice of Removal is being filed with the Massachusetts Superior Court.

9.      Pursuant to Local Rule 81.1, Saxon and Wells Fargo will file certified or attested to copies of all papers that have been filed in Superior Court.

**WHEREFORE**, Saxon and Wells Fargo respectfully request that the above action now pending against it in the Essex County Superior Court in the Commonwealth of Massachusetts be removed therefrom to this Court.

|  |  |
|---|---|
|  | SAXON MORTGAGE SERVICES, INC. and WELLS FARGO NATIONAL ASSOCIATION as TRUSTEE FOR BANK OF AMERICA, By their attorneys, |
|  | /s/ Richard Briansky<br>Richard E. Briansky, BBO# 632709<br>rbriansky@princelobel.com<br>PRINCE, LOBEL, GLOVSKY & TYE LLP<br>100 Cambridge Street, Suite 2200<br>Boston, MA 02114 |
| Dated: July 29, 2009 | Tel: 617-456-8000<br>rbriansky@princelobel.com |

Assented To:
Defendant WMC Mortgage LLC
By its attorneys,

/s/ David A. Scheffel
David A. Scheffel, Esq.
Eric Epstein, Esq.
Dorsey & Whitney LLP
250 Park Avenue
New York, NY 10177
Tel: 212-415-9309
Scheffel.david@dorsey.com
Epstein.eric@dorsey.com

#966410                                    3

## CERTIFICATE OF SERVICE

      I, Richard E. Briansky, certify that a true and accurate copy of the foregoing document was filed through the Court's ECF system this 29th day of July 2009.  I further certify that a true and accurate copy of the foregoing document was sent on July 29, 2009 by electronic mail and first class postage prepaid, to:

| | |
|---|---|
| Christopher Weld, Jr. Esq. | David A. Scheffel, Esq. |
| Todd & Weld LLP | Eric Epstein, Esq. |
| 28 State Street, 31st Floor | Dorsey & Whitney LLP |
| Boston, MA 02109 | 250 Park Avenue |
| *(Attorney for Plaintiffs)* | New York, NY 10177 |
| | *(Attorney for Defendant WMC Mortgage LLC)* |

                                               */s/ Richard E. Briansky*