UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
------------------------------------------------------------------X
CALVIN LAI CHAN and BONNIE KOWK CHING CHAN,

                          Plaintiffs,

                          -against-                             Civil Action No.
                                                              1:09-cv-11265-JGD

SAXON MORTGAGE SERVICE, INC., WMC MORTGAGE, LLC and WELLS FARGO NATIONAL ASSOCIATION AS TRUSTEE FOR BANK OF AMERICA,

                        Defendants.
------------------------------------------------------------------X

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the annexed Declaration of Robert G. Manson dated August 7, 2009, the exhibits annexed thereto, all pleadings in this action, and the accompanying Memorandum of Law, Defendant WMC Mortgage LLC ("WMC") hereby moves this Court for an order dismissing the First Amended Complaint with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, together with any such other or further relief that the Court may deem just and proper.

Dated: Marlborough, MA
      August 7, 2009

                                      **By:** **/s/ Robert G. Manson**
                                                Robert G. Manson
                                                LAW OFFICE OF ROBERT G. MANSON
                                                398 Brigham Street
                                                Marlborough, MA 01752
                                                (508) 274-8360

                                                -and-

                                                David A. Scheffel (*to appear pro hac vice*)
                                                Eric B. Epstein (*to appear pro hac vice*)
                                                DORSEY & WHITNEY LLP
                                                250 Park Avenue
                                                New York, NY 10177

                                                *Attorneys for Defendant WMC Mortgage LLC*

## LOCAL RULE 7.1(a)(2) CERTIFICATION

      I hereby certify that, prior to filing this motion, counsel for WMC conferred in good faith with the offices of Todd & Weld, LLP, counsel for plaintiffs Calvin Lai Chan and Bonnie Kwok Ching Chan, by telephone to ascertain whether plaintiffs intend to maintain their action against WMC.

                                                    /s/ Robert G. Manson_____
                                                       Robert G. Manson