UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
------------------------------------------------------------------X
CALVIN LAI CHAN and BONNIE KOWK CHING CHAN,

                      Plaintiffs,

                      -against-

SAXON MORTGAGE SERVICE, INC., WMC MORTGAGE, LLC and WELLS FARGO NATIONAL ASSOCIATION AS TRUSTEE FOR BANK OF AMERICA,

                      Defendants.
------------------------------------------------------------------X

Civil Action No.
1:09-cv-11265-JGD

## NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE

PLEASE TAKE NOTICE that upon the annexed Declaration of Eric B. Epstein in support of this motion (attached hereto as Exhibit A), the undersigned counsel for defendant WMC Mortgage LLC, an attorney admitted to practice before this Court, hereby moves pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts for an Order allowing the admission of Eric B. Epstein, Esq., an attorney associated with the firm of Dorsey & Whitney LLP and a member in good standing of the Bar of the State of New York, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel on behalf of defendant WMC Mortgage LLC.  There are no pending disciplinary proceedings against Mr. Epstein in any State or Federal Court.

Dated: Marlborough, MA
       August 13, 2009

By: /s/ Robert G. Manson
    Robert G. Manson
    LAW OFFICE OF ROBERT G. MANSON
    398 Brigham Street
    Marlborough, MA 01752
    (508) 274-8360

*Attorney for Defendant WMC Mortgage LLC*