UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                        )
CALVIN LAI CHAN and BONNIE KWOK         )
CHING CHAN,                             )
                                        )
            Plaintiffs,                 )
                                        )
v.                                      )     Civil Action No.  1:09-cv-11265-JGD
                                        )
SAXON MORTGAGE SERVICE, INC.            )
WMC MORTGAGE LLC, WELLS                 )
FARGO NATIONAL ASSOCIATION AS           )
TRUSTEE FOR BANK OF AMERICA             )
                                        )
            Defendants.                 )
_____)
```

## JOINT STATEMENT AND MOTION TO EXTEND
## SCHEDULING ORDER DEADLINES

In accordance with this Court's January 15, 2010 Scheduling Order, the parties hereby

submit the following Joint Statement and move to extend the deadlines set forth in the

scheduling order dated October 27, 2009.

(i)      Status of the case:

The parties have served written discovery and began the deposition of plaintiff Calvin Lai

Chan.  Rather than incur additional attorneys' fees in completing discovery, the parties have

agreed, subject to the Court's approval, to hold all discovery in abeyance while they explore the

possibility of settlement and mediation.  Plaintiffs are in the process of preparing a demand.  If

the parties are unable to negotiate a settlement among counsel, they will consider whether to

mediate the case.  If the parties agree to mediate, they will make every effort to select a mediator

and schedule a mediation within two weeks of the date they decide to mediate.  In the meantime,

1

they hereby move to extend the existing discovery deadline and related deadlines for sixty (60) days, as set forth below.

Plaintiffs have filed a motion to compel interrogatory responses from defendants Saxon Mortgage Service, Inc. and Wells Fargo National Association, as trustee for Bank of America. As the sole exception to this stay of discovery during settlement discussions and potential mediation, those defendants have agreed to provide their interrogatory answers this week and Plaintiffs consequently have agreed to withdraw their motion.

(ii)     Scheduling for Remainder of Case Through Trial:

Based, in part, on their decision to explore the possibility of mediation, the parties need additional time to conduct discovery and otherwise prepare for trial.  The parties propose and hereby move for the following sixty day extensions to the existing scheduling order deadlines:

|  | **Existing Deadline** | **Proposed Deadline** |
|---|---|---|
| Discovery: | 4/30/10 | 6/30/10 |
| Plaintiffs' Expert Designation: | 6/15/10 | 8/15/10 |
| Defendants' Expert Designation: | 7/15/10 | 9/15/10 |
| Expert Deposition Completed: | 8/15/10 | 10/15/10 |
| Dispositive Motions Filed: | 10/01/10 | 12/01/10 |
| Oppositions to Dispositive Motions: | 11/01/10 | 1/01/11 |
| Replies to Dispositive Motions: | 11/15/10 | 1/15/11 |

This extension will not prejudice any of the parties.  No prior extensions of the October 27, 2009 scheduling order have been sought.

(iii)     Use of ADR:  The parties have agreed to explore the possibility of mediating this case.

#1094248 v1 102735/11

Plaintiffs
Calvin Lai Chan and
Bonnie Kwok Ching Chan


*/s/ Christopher Weld, Jr.*
Christopher Weld, Jr. Esq. BBO#522230
Megan C. Deluery, Esq. BBO# 655564
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626
cweld@toddweld.com
mdeluhery@toddweld.com


Defendants                                          Defendant
SAXON MORTGAGE SERVICES, INC. and                   WMC MORTGAGE LLC
WELLS FARGO NATIONAL                                 By its attorneys,
ASSOCIATION as TRUSTEE FOR BANK
OF AMERICA,
By their attorneys,


*/s/ Richard Briansky*                              */s/ Eric Epstein*
Richard E. Briansky, Esq. BBO# 632709               David A. Scheffel, Esq.
rbriansky@princelobel.com                           Eric Epstein, Esq.
Kristin M. Knuuttila BBO# 633828                    Dorsey & Whitney LLP
PRINCE, LOBEL, GLOVSKY & TYE LLP                    250 Park Avenue
100 Cambridge Street, Suite 2200                    New York, NY 10177
Boston, MA 02114                                    Tel:  212-415-9309
Tel:  617-456-8000                                  Scheffel.david@dorsey.com
rbriansky@princelobel.com                           Epstein.eric@dorsey.com
kknuuttila@princelobel.com


Dated:  April 20, 2010


3

## <u>CERTIFICATE OF SERVICE</u>

I, Richard E. Briansky, hereby certify that this document was filed through the Court's

ECF System and will be sent electronically to the registered participants as identified on the

Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-

registered participants on April 20, 2010.


*/s/ Richard E. Briansky*

#1094248 v1 102735/11