UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                      )
CALVIN LAI CHAN and BONNIE KWOK   )
CHING CHAN,                                       )
    Plaintiffs,                                        )
                                                      )
    v.                                                  )
                                                      )    Civil Action No.
SAXON MORTGAGE SERVICE, INC.,     )    1:09-cv-11265
WMC MORTGAGE LLC, WELLS FARGO )
NATIONAL ASSOCIATION AS TRUSTEE )
FOR BANK OF AMERICA,                     )
    Defendants.                                      )
_____ )

**JOINT STATUS REPORT**

    In advance of the Status Conference with the Court scheduled for October 13, 2010, the parties provide the following status report:

1.    As the parties previously have informed the court, the parties participated in a mediation on June 24, 2010, but were unable to settle the case.  Since the conclusion of the mediation, the parties again have been conducting discovery in this case.

2.    The current deadline for the conclusion of fact discovery in this case is September 30, 2010, and the current deadline for the conclusion of expert discovery in this case is December 15, 2010.  The parties respectfully request an extension of these deadlines in order to complete fact and expert discovery in this case.  The parties request that the Court approve the following revised deadlines for discovery:

    (a) The parties shall complete fact discovery by November 15, 2010.

    (b) The plaintiffs shall designate any experts and serve any expert reports, pursuant to F.R.C.P. 26(a)(2), by December 1, 2010.

(c) The defendants shall designate any experts and serve any expert reports, pursuant to F.R.C.P. 26(a)(2), by January 1, 2011.

(d) Any expert depositions shall be completed by February 1, 2011.

(e) Any dispositive motions shall be filed by March 15, 2011.  Any oppositions to such motions shall be filed by April 15, 2011, and any replies by May 1, 2011.

3.      The parties respectfully request the Court's guidance regarding a discovery dispute that has arisen regarding Plaintiffs' Rule 30(b)(6) deposition of WMC Mortgage LLC ("WMC"), which is scheduled for October 27, 2010: specifically, the parties have been unable to resolve WMC's objections to one of Plaintiffs' proposed Rule 30(b)(6) deposition topics.  That topic, and WMC's objection to it, are as follows:

> **TOPIC NO. 26:**  All litigation brought against you by Massachusetts borrowers pertaining to residential loan transactions entered into by you, where the borrower contends you altered loan documents or otherwise violated Massachusetts law.
>
> **OBJECTION TO TOPIC NO. 26:**  WMC objects to this Topic as not relevant to the claims or defenses of any party to this action or the subject matter of this action and not reasonably calculated to lead to the discovery of admissible evidence, to the extent this Topic concerns lawsuits other than the present action.  WMC will not produce an individual to testify on its behalf regarding this Topic.

The parties respectfully request the Court's assistance in informally resolving this dispute at the October 13, 2010 conference, or, alternatively, that the Court set a briefing schedule so that this

dispute may be resolved through motion practice prior to the scheduled Rule 30(b)(6) deposition of WMC.

Respectfully submitted,

**The Plaintiffs,**

**CALVIN LAI CHAN and
BONNIE KWOK CHING CHAN**

By their Attorneys,


/s/ Christopher Weld Jr.
Christopher Weld, Jr. (BBO #522230)
Megan C. Deluhery (BBO #655564)
Todd & Weld LLP
28 State Street
Boston, MA  02109
(617) 720-2626
cweld@toddweld.com
mdeluhery@toddweld.com



**The Defendants,**

**WMC MORTGAGE LLC, WELLS FARGO
NATIONAL ASSOCIATION AS TRUSTEE FOR
BANK OF AMERICA,**


/s/ David A. Scheffel
David A. Scheffel (*pro hac vice*)
Eric B. Epstein (*pro hac vice*)
Dorsey & Whitney LLP
250 Park Avenue
New York, NY 10177
212-415-9309
epstein.eric@dorsey.com
scheffel.david@dorsey.com

**The Defendant,**

**SAXON MORTGAGE SERVICE, INC.,**

/s/ Richard E. Briansky
Richard E. Briansky (BB0 # 632709)
Joseph Calandrelli (BBO #666128)
PRINCE, LOBEL, GLOVSKY & TYE, LLP
100 Cambridge Street, Suite 2200
Boston, MA 02114
617-456-8000
rbriansky@princelobel.com
jcalandrelli@princelobel.com

Dated: October 12, 2010